IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EVAN EICHHORN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MNG 2005, Inc. a/k/a MNG Brands d/b/a CBD KRATOM,<br><br>Defendant. | CIVIL ACTION NO.<br>2:26-cv-01395-WB |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41 (a) (1)

Plaintiff and Defendant, having reached an agreement to settlement Plaintiff's individual claims alleged in this matter, hereby stipulate and agree to the dismissal of the Complaint without prejudice pursuant to Fed. R. Civ. P. 41 (a) (1).

Dated:  June 23, 2026

| | |
|---|---|
| */s/ Joseph C. Kohn* | */s/ Magda S. Patitsas* |
| Joseph C. Kohn | Magda S. Patitsas (PA ID No. 318476) |
| William E. Hoese | HUSCH BLACKWELL LLP |
| Aarthi Manohar | 1801 Pennsylvania Avenue, NW Suite 1000 |
| KOHN, SWIFT & GRAF, P.C. | Washington, DC  20006 |
| 1600 Market Street, Suite 2500 | Telephone: 202-378-2326 |
| Philadelphia, PA 19103 | Facsimile: 202-378-2319 |
| Telephone: (215) 238-1700 | Magda.Patitsas@huschblackwell.com |
| jkohn@kohnswift.com | |
| whoese@kohnswift.com | |
| amanohar@kohnswift.com | */s/ Michael Klebanov* |
| | Michael Klebanov |
| *Attorneys for Plaintiff* | *(Admitted Pro Hac Vice)* |
| | HUSCH BLACKWELL LLP |
| | 1801 Pennsylvania Avenue, NW Suite 1000 |
| | Washington, DC  20006 |
| | Telephone: 202-378-2326 |
| | Facsimile: 202-378-2319 |
| | |
| | *Attorneys for Defendant MNG 2005, Inc.* |
| | *a/k/a MNG Brands d/b/a CBD Kratom* |

{00269140 }